**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS, LOCAL 365; et al, | ) ) ) ) |
| Plaintiffs, | ) CASE NO. 2:21-CV-00154 |
| v. | ) ) ) |
| CITY OF EAST CHICAGO, INDIANA, a Municipal Corporation; et al | ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Plaintiffs, by counsel, Sara L. Faulman of McGillivary Steele Elkin LLP, and Defendants, by counsel, Michael E. Tolbert of Tolbert & Tolbert, LLC, move the Court for dismissal with prejudice of the Plaintiffs' cause of action against Defendants in its entirety.

As grounds for this request, Plaintiffs show to the Court that all disputes with the Defendants have been resolved and fully settled.

Respectfully submitted,

| | |
|---|---|
| */s/Sara L. Faulman* | */s/Keith A. Karlson* |
| Sara L. Faulman (Pro Hac Vice) | Keith A. Karlson |
| John Stewart (Pro Hac Vice) | Raymond G. Garza |
| Rachel Lerner (Pro Hac Vice) | Karlson Garza McQueary LLC |
| McGillivary Steele Elkin LLP | 235 Remington Blvd., Ste 5B |
| 1101 Vermont Ave NW, Suite 1000 | Bolingbrook, IL 60440 |
| Washington, DC 20005 | kkarlson@kgmlawyers.com |
| slf@mselaborlaw.com | rgarza@kgmlawyers.com |
| jws@mselaborlaw.com | Attorneys for Plaintiffs |
| rbl@mselaborlaw.com | |
| Attorneys for Plaintiffs | |

1

*/s/ Michael E. Tolbert*
Michael E. Tolbert,  #22555-64
Tolbert & Tolbert LLC
1085 Broadway, Ste. B
Gary, IN  46402
Ph:  219-427-0094
Fx:  219-427-0783
mtolbert@tolbertlegal.com
Attorney for Defendants


## CERTIFICATE OF SERVICE

I certify that on the 4th day of March 2026, a true and complete copy of the foregoing pleading and/or paper was filed electronically with the Clerk of the Court using the Court's PACER system, which sent notification of such filing to all counsel of record:

Sara L. Faulman (Pro Hac Vice)
John Stewart (Pro Hac Vice)
Rachel Lerner (Pro Hac Vice)
McGillivary Steele Elkin LLP
1101 Vermont Ave NW, Suite 1000
Washington, DC 20005
slf@mselaborlaw.com
jws@mselaborlaw.com
rbl@mselaborlaw.com
Attorneys for Plaintiffs

Keith A. Karlson
Raymond G. Garza
Karlson Garza McQueary LLC
235 Remington Blvd., Ste 5B
Bolingbrook, IL 60440
kkarlson@kgmlawyers.com
rgarza@kgmlawyers.com
Attorneys for Plaintiffs


*/s/ Michael E. Tolbert*
Michael E. Tolbert, #22555-64